# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 514 MAL 2014
:
               Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
HIGINIO J. BARO-HERNANDEZ, :
:
               Petitioner :
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.